UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21389-RAR

**ALEJANDRO ESPINOZA**,

    Plaintiff,

v.

**SAKS FIFTH AVENUE, LLC**,
*a foreign limited liability company*,
*d/b/a SAKS OFF 5TH*,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Plaintiff has filed a Complaint alleging violations of the Americans with Disabilities Act ("ADA") against Defendant, Saks Fifth Avenue, LLC, d/b/a Saks Off 5th. Before the Court is a nearly identical case, *Castro v. Saks Fifth Avenue, LLC d/b/a Saks Fifth Avenue*, Case No. 24-cv-21391-RAR, alleging identical counts—violations of the ADA and trespass—against a different entity of the same parent company. Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to consolidate these actions. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    **Case No. 24-cv-21391-RAR** and **Case No. 24-cv-21389-RAR** are hereby **CONSOLIDATED.**

    2.    The Clerk of Court is instructed to **CLOSE Case No. 24-cv-21391-RAR** for administrative purposes only.

      3.      The parties are instructed to file all future motions under **Case No. 24-cv-21389-RAR <u>only</u>**.

      4.      The Clerk of Court shall docket this Order in **Case No. 24-cv-21389-RAR <u>and</u> Case No. 24-CV-21391**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of April, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**