**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21389-RAR**
**CASE NO. 24-CV-21391-RAR (Consolidated)**

**ALEJANDRO ESPINOZA**,

     Plaintiff,

v.

**SAKS FIFTH AVENUE, LLC**,
*d/b/a SAKS OFF 5TH,*

     Defendant.

_____/

**ARANTZA CASTRO**,

     Plaintiff,

v.

**SAKS FIFTH AVENUE, LLC**,
*d/b/a Saks Fifth Avenue,*

     Defendant.

_____/

## ORDER DISMISSING CASES

     **THIS CAUSE** comes before the Court upon the Notices of Voluntary Dismissal with Prejudice in Case No. 24-CV-21389-RAR, [ECF No. 15] and Case No. 24-CV-21391-RAR, [ECF No. 7] ("Notices").  The Court having reviewed the Notices, the record, and being otherwise fully advised, it is hereby

     **ORDERED AND ADJUDGED** that **Case No. 24-CV-21389-RAR and Case No. 24-CV-21391-RAR** are both **DISMISSED *with prejudice*** and any pending motions are **DENIED AS MOOT**.  The Clerk is instructed to mark these cases **CLOSED** and to enter this Order Dismissing Cases in both actions.

**DONE AND ORDERED** in Miami, Florida, this 25th day of September, 2024.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**